UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD FIORE,

    Plaintiff,

v.                                    Case No: 8:17-cv-455-T-36AAS

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

**O R D E R**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 17). In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 17).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on August 14, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record